Edward J. Nazar
REDMOND & NAZAR, L.L.P.
245 N. Waco, Suite 402
Wichita, Kansas 67202

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| James D. Wills | ) | Case No. 05-17977 |
| Melinda K. Wills, | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | |

### APPLICATION FOR ORDER TO ALLOW REDISTRIBUTION OF FUNDS

COMES NOW, the Trustee, by and through his attorney of record, Edward J. Nazar of Redmond & Nazar, L.L.P. and hereby applies to the Court for an order allowing redistribution of funds in the amount of $4,019.63 to unsecured creditors.

IN SUPPORT THEREOF, the Trustee alleges and avers:

1. That the Trustee has determined there to be additional funds available in the amount of $4,019.63.

2. That said funds are derived from the satisfaction of the claim of the Internal Revenue Service.

3. That the Trustee would request the Court issue appropriate orders allowing redistribution of these sums to unsecured creditors without notice, and that the Trustee would further request that he is entitled to a supplemental trustee expense in the amount of $50.00 for preparation of these forms and that the net sum of $3,969.63 will be distributed to unsecured creditors.

3. That these funds will be available to the following unsecured creditors.

In the United States Bankruptcy Court, for the District of Kansas
In Re: James D. And Melinda K. Wills,
Case No. 05-17977-7
Application for Redistribution of Funds
Page 2

| Creditor | Claim Amount | Distribution Amount |
|---|---|---|
| Amigo Cattle LLC | $ 95,996.30 | $ 2,168.01 |
| Chase Bank USA NA | 17,352.20 | 391.89 |
| MBNA America Bank | 61,221.07 | 1,382.63 |
| Aquila, Inc. | 1,200.00 | 27.10 |

WHEREFORE, the Trustee prays the Court issue appropriate orders allowing the net sum of $3,969.63 to be distributed to unsecured creditors and for such other and further relief as the Court deems just and equitable.

RESPECTFULLY SUBMITTED:

REDMOND & NAZAR, L.L.P.
245 N. Waco, Suite 402
Wichita, Kansas 67202
(316) 262-8361


By /s/ Edward J. Nazar
   Edward J. Nazar, #9845
   Attorneys for Trustee